25289.   SAMPLES v. HATCHER, Sheriff.

FRANKUM, Justice.   The appeal in this case was docketed in this Court on May 29, 1969.   The enumeration of errors was not received in the office of the Clerk of the Supreme Court until July 7, 1969, and the same not having been filed within ten days as required by Rules 14 and 20 of the Rules of this court, the same must be dismissed.   *Code Ann.* §§ 6-810, 24-4514, and 24-4520.   *Davenport v. Hall,* 221 Ga. 543 (145 SE2d 558).

*Appeal dismissed.   All the Justices concur.*

ARGUED JULY 14, 1969—DECIDED SEPTEMBER 8, 1969.

*Thomas M. Jackson,* for appellant.

*George D. Lawrence, District Attorney,* for appellee.